# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LUIS ANGEL MURILLO-PAYAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-06-477-R |
| | ) |
| DISTRICT COURT OF | ) |
| MUSKOGEE COUNTY, | ) |
| OKLAHOMA, et al., | ) |
| | ) |
| Respondents. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered August 29, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition herein for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED.

**It is so ordered this 21st day of September, 2006.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE